UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIS, | No.  1:19-cv-01204-DAD-EPG (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE |
| HANFORD POLICE DEPARTMENT, *et al.*, | |
| Defendants. | (Doc. No. 9, 10) |

Plaintiff Charles Davis is proceeding *pro se* and *in forma pauperis* with this civil rights

action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge

pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2020, the assigned magistrate judge issued findings and

recommendations, recommending that this action be dismissed due to plaintiff's failure to state a

claim, failure to prosecute, and failure to comply with a court order.  (Doc. No. 9.)  The findings

and recommendations were served on plaintiff and contained notice that any objections thereto

were to be filed within twenty-one (21) days of service of the order.  (*Id.*) On February 14, 2020,

plaintiff filed a document that the court construes as objections to the findings and

recommendations.  (Doc. No. 10.)  In those objections, plaintiff indicates that he "wishe[es] to

stand on [his] complaint as is," (*id.*), even though the magistrate judge has already informed him

twice that his complaint does not state any cognizable claims.  (*See* Doc. Nos. 7, 9.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on February 11, 2020 (Doc. No. 9), are adopted;

2. This action is dismissed due to plaintiff's failure to state a claim; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 13, 2020**

_____
UNITED STATES DISTRICT JUDGE